UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN KAREEM BURNEY,<br><br>　　Petitioner,<br><br>　　v.<br><br>MICHAEL MARTEL, Warden<br>of California State<br>Prison at San Quentin,<br><br>　　Respondent. | CASE NO. CV 10-00546 RGK<br><br>**DEATH PENALTY CASE**<br><br>ORDER STAYING EXECUTION<br>OF PETITIONER'S DEATH<br>SENTENCE |

No formal stay of petitioner's execution appearing in the docket, the Court ORDERS:

The execution of petitioner Shaun Kareem Burney's sentence of death, and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, are STAYED, nunc pro tunc from January 26, 2010, until final disposition in this Court of the federal habeas corpus proceedings initiated on petitioner's behalf.

The Courtroom Deputy Clerk shall serve copies of this order on: petitioner; respondent; the Clerk of the Orange County, California, Superior Court; the Office of the California Attorney General, Los Angeles, California; the Office of the District Attorney for Orange County, California; the Federal Public Defender for the Central District of California; and the Executive Director of the California Appellate Project, San Francisco, California.

IT IS SO ORDERED.

Dated: 07·28·, 2011.

R. Gary Klausner
UNITED STATES DISTRICT JUDGE