JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN KAREEM BURNEY,<br><br>Petitioner,<br><br>v.<br><br>RON BROOMFIELD, Acting Warden of San Quentin State Prison,<br><br>Respondent. | Case No. 2:10-cv-00546-FLA<br><br>**DEATH PENALTY CASE**<br><br>**JUDGMENT** |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus issued simultaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is DENIED and that judgment is entered in favor of Respondent and against Petitioner.  The Order constitutes final disposition of the Petition by the court.  The Clerk is ordered to enter this judgment.

IT IS SO ORDERED.

Dated:  February 8, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge

1